IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC, an Oregon corporation,<br><br>        **Plaintiff,**<br><br>v.<br><br>STROM MASONRY, INC., and SHAWN STROM,<br><br>        **Defendants.** | 3:14-cv-02069-BR<br><br>ORDER |

**BROWN, Judge.**

    This matter comes before the Court on Plaintiff's Motion (#28) for Attorney Fees and Plaintiff's Bill (#29) of Costs.

    Plaintiff moves for attorneys' fees in the amount of $12,556.50, court costs in the amount of $400.00, and audit fees in the amount of $3,098.68. The Court concludes Plaintiff has established it is entitled to attorneys' fees pursuant to the Trust Agreement and 29 U.S.C. § 1132(g)(2)(D), court costs pursuant to the Trust Agreement and Federal Rule of Civil

1 - ORDER

Procedure 54(d)(1), and audit fees pursuant to the Trust Agreement.  Moreover, after a review of the record, the Court concludes the attorneys' fees, court costs, and audit fees sought by Plaintiff are reasonable and necessarily incurred.

For these reasons the Court **GRANTS** Plaintiff's Motion (#28) for Attorney Fees and Bill (#29) of Costs and **AWARDS** to Plaintiff attorneys' fees in the amount of **$12,556.50**, court costs in the amount of **$400.00**, and audit fees in the amount of **$3,098.68**.

IT IS SO ORDERED.

DATED this 25th day of November, 2015.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge